UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARICE CRYSTAL SAW,
                              Movant,

              -v-

UNITED STATES SECURITES AND
EXCHANGE COMMISSION,
                              Respondent.

23-MC-61 (JHR)

ORDER

Clarice Crystal Saw moves for an order to show cause for preliminary injunction and temporary restraining order, seeking to enjoin the United States Securities and Exchange Commission ("SEC") from enforcing a subpoena for documents and testimony pending resolution of a related criminal matter.

This Court, sitting as the emergency Part One judge, declines to sign the requested order to show cause at this time, for two reasons.  First, it does not appear that Movant has established the requirements for an *ex parte* TRO without notice to the SEC under Rule 65 of the Federal Rules of Civil Procedure.  And second, Movant's request for emergency relief appears to be untimely, as it is being made on the eve of the SEC's deadline for production of documents (March 8, 2023), despite the fact that the SEC's subpoena is dated February 22, 2023.

However, a videoconference with all parties will be scheduled before the assigned Judge, the Honorable Jennifer H. Rearden.  Accordingly, counsel for the parties shall appear for a videoconference via Microsoft Teams, on **Monday, March 13, 2023, at 11:30 a.m.** before Judge Rearden.  Access information will follow by separate order.  Movant's counsel shall serve her motion papers and a copy of this order on the SEC by **March 9, 2023, at 5:00 p.m.**

SO ORDERED.

Dated: March 8, 2023
       New York, New York

J. PAUL OETKEN
United States District Judge

Part I