UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLARICE CRYSTAL SAW,<br><br>      Movant,<br><br>   -v.-<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Respondent. | 23-MC-61 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  On March 8, 2023, the Court issued an Order (ECF No. 5) regarding Movant Clarice Crystal Saw's application for an order to show cause for a temporary restraining order and preliminary injunction. The Court, *inter alia*, directed Movant's counsel to serve a copy of the Order on Respondent United States Securities and Exchange Commission by March 9, 2023 at 5:00 PM.

  By **6:30 PM today**, Movant shall file proof of such service on the docket.

  SO ORDERED.

Dated: March 10, 2023
    New York, New York

                          JENNIFER H. REARDEN
                          United States District Judge